## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MARIO VALDIVIA,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | **MO:20-CV-00171-RCG** |
| **ANGUS PROVING SERVICES, LLC,** § | |
| et al § | |
| *Defendants.* § | |

## FINAL JUDGMENT

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the parties' Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice filed June 25, 2021. (Doc. 18). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the settlement agreement.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 2nd day of July, 2021.

                                                                              RONALD C. GRIFFIN  
                                                                              UNITED STATES MAGISTRATE JUDGE